IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HYBRID AUDIO, LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>INTERNATIONAL INNOVATIONS, INC.,<br><br>                Defendant. | **Civil Action No. 1:17-cv-10878-RWZ**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Hybrid Audio, LLC hereby files this Notice of Voluntary Dismissal of Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of the court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant HAS NOT yet answered the Complaint. Accordingly, Hybrid Audio, LLC voluntarily dismisses Defendant without prejudice pursuant to Rule 41(a)(1).

DATED: September 7, 2017

ARROWOOD LLP

By: */s/ Raymond P. Ausrotas*
Raymond P. Ausrotas (BBO #640315)
10 Post Office Square
7th Floor South
Boston, MA 02109
Phone: (617) 849-6212
Facsimile: (617) 849-6201
rausrotas@arrowoodllp.com

Timothy Devlin (*pro hac vice* to be filed)
Delaware Bar No. 4241
DEVLIN LAW FIRM LLC
1306 N. Broom Street, 1st Floor
Wilmington, DE 19806
Phone: (302) 449-9010
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiff Hybrid Audio, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2017, I electronically filed the foregoing with the Clerk's Office using the Court's CM/ECF system, which will send notification of this filing (NEF) to all registered participants and electronic copies will be sent via email to the following non-registered participants.

Ryan Marton
Marton Ribera Schumann & Chang LLP
ryan@martonribera.com

*/s/ Raymond P. Ausrotas*
Raymond P. Ausrotas